**6UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 20-24724-CIV-GRAHAM/MCALILEY

ERIC PEREZ,

    Plaintiff,

v.

THE RIDE EXPERIENCE, LLC d/b/a
THE ADVANTAGED, a Florida Limited
Liability Corporation, et al.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Order Approving Settlement Agreement and Recommending That the Case be Dismissed with Prejudice (ECF No. 29).

**THE COURT** has considered the Magistrate Judge's Order, the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that that this Matter, in its entirety, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall administratively **CLOSE** this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>21st</u> day of July, 2021.

                                      <u>s/ Donald L. Graham</u>
                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

cc: All counsel of record